1

**Honorable Robert S. Lasnik**

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

8
HOS BROTHERS CONSTRUCTION, INC., a
Washington Corporation,

9
                                        Plaintiff,

10
   vs.

11

12
WESTERN CONFERENCE OF TEAMSTERS
PENSION TRUST; CHUCK MACK, ROME
ALOISE, TONY ANDREWS, MIKE BERGAN,

13
RANDY CAMMACK, MARK GLEASON, DAVE
HAWLEY, RICK HICKS, ANDREW

14
MARSHALL, RICK MIDDLETON, JOHN SILVA,
SCOTT SULLIVAN, STEVEN VAIRMA,

15
EDWARD LENHART, BOB BLYTH, RICHARD
COX, NEIL FINERTY, JAMES HAM, JOSEPH

16
HODGE, CHRIS LANGAN, DAVID
MACKENZIE, RICK PORTER, MARK

17
SCHWARTZ, and ROBERT WRIGHTSON,
Trustees of Western Conference of Teamsters

18
Pension Trust; WASHINGTON TEAMSTERS
WELFARE TRUST; STEVE CHANDLER, JOHN

19
EMRICK, RICK HICKS, RICH EWING, DARREN
O'NEIL, SCOTT SULLIVAN, JOHN WITTE,

20
MARK FULLER, VAL HOLSTROM, JOHN
SCEARCY, RUSSELL SHJERVEN, RANDY

21
ZEILER, JERRY D'AMBROSIO, BRIAN ISOME,
H.L. RAVENSCRAFT, DOUG RUYGROK,

22
SCOTT KLITZKE POWERS, TAMARAH KNAPP
HANCOCK, and STEVE MANUSZAK,  Trustees

23
of Washington Teamsters Welfare Trust;

24

Case No. 2:16-cv-01099 RSL

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

[Clerk's Action Required]

25
                         (continued on next page)

*Stip. & Prop. Order of Dismissal -* PAGE 1
CASE NO. 2:16-CV-1099 RSL

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

1  WASHINGTON-IDAHO CONSTRUCTION
   TEAMSTERS-EMPLOYERS APPRENTICESHIP
2  AND TRAINING TRUST; VAL HOLSTROM,
   LARRY BOYD, RUSSELL SHJERVEN, JOHN
3  EMRICK, TAMMY VIBBERT, DOUG MIGAS,
   LAURA ANDERSON, JESSICA SCARSELLA,
4  and JESSICA PRATHER, Trustees of Washington-
   Idaho Construction Teamsters-Employers
5  Apprenticeship and Training Trust,

6
                                    Defendants.
7

8
                          **STIPULATION**
9

10         Plaintiff Hos Brothers Construction, Inc., and Defendants Western Conference of

11 Teamsters Pension Trust, and each Trustee thereof, Washington Teamsters Welfare Trust,

12 and each Trustee thereof, and the Washington-Idaho Construction Teamsters-Employers

13 Apprenticeship and Training Trust, and each Trustee thereof, through their undersigned

14 attorneys of record, hereby stipulate that the above-referenced action should be dismissed,

15 with prejudice, and with each party bearing its own costs and attorney fees.

16

17

18         Accordingly, the above-named parties stipulate that the Court may enter the Order set

19 forth below.

20         DATED this 24th day of March, 2017.

21
   **Attorneys for Hos Brothers Construction, Inc.:**
22
   By: _s/ Selena C. Smith_
23     Selena C. Smith, WSBA #39839
       *ssmith@davisgrimmpayne.com*
24

25

*Stip. & Prop. Order of Dismissal* - PAGE 2          **DAVIS GRIMM PAYNE & MARRA**
CASE NO. 2:16-CV-1099 RSL                            701 Fifth Avenue, Suite 4040
                                                     Seattle, WA  98104
                                                     Ph. (206) 447-0182 • Fax: (206) 622-9927

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attorneys for Washington-Idaho Construction Teamsters-Employers Apprenticeship and Training Trust and the Trustees thereto:**

By:  *s/ Michael C. Geraghty*
    Michael C. Geraghty, WSBA #5152
    *mike@tsglaw.net*

By:  *s/ Leta A. Eschenbacher*
    Leta Eschenbacher, WSBA #47091
    *leta@tsglaw.net*

**Attorneys for Western Washington Teamsters Pension Trust, and the Trustees thereto; Washington Teamsters Welfare Trust, and the Trustees thereto:**

By:  *s/ Russell J. Reid*
    Russell J. Reid, WSBA #2560
    *rjr@rmbllaw.com*

By:  *s/ David W. Ballew*
    David W. Ballew, WSBA #17961
    *david@rmbllaw.com*

*Stip. & Prop. Order of Dismissal* - PAGE 3
CASE NO. 2:16-CV-1099 RSL

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927

1

**ORDER**

2

    Based on the foregoing Stipulation, it is hereby:

3

    **ORDERED, ADJUDGED AND DECREED** that this action shall be and is hereby

4

dismissed with prejudice and without costs or attorney fees to any party.

5

    DATED this 29th day of March, 2017.

6

7

8

_MM S Lasnik_

9

Robert S. Lasnik
United States District Judge

10

11

12

Presented by:

13

DAVIS GRIMM PAYNE & MARRA

14

By: _/s/ Selena C. Smith_
       Attorneys for Plaintiff

15

       Hos Brothers Construction, Inc.

16

17

18

19

20

21

22

23

24

25

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Ph. (206) 447-0182 • Fax: (206) 622-9927